UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD JERMAINE JACKSON, No. 22096-041,<br><br>Petitioner,<br><br>v.<br><br>S. RUDOLPH, Warden<br><br>Respondent. | Case No. 26-cv-1082-JPG |

**JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ronald Jermaine Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice and that judgment is entered in favor of respondent S. Rudolph and against petitioner Ronald Jermaine Jackson.

**DATED: September 24, 2026**

**MONICA A. STUMP, Clerk of Court**

**Approved:**

**J. PHIL GILBERT**
**DISTRICT JUDGE**